UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

       Roy Langer

               Defendant.

Case No.: 09 MJ 02398 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated:  21  day of October , 20 21
Poughkeepsie, New York